**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | **CASE NO. 7:04-CV-135(HL)** |
| | : | |
| **$44,260.00 IN UNITED STATES CURRENCY, MORE OR LESS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**FINAL ORDER OF FORFEITURE**

On December 2, 2004, plaintiff United States of America filed a Verified Complaint for Forfeiture against the defendant currency. The Complaint alleges that the defendant currency constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., punishable by more than one year's imprisonment, or constitutes proceeds traceable to such an exchange, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law, the Court makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. Pursuant to a Warrant of Arrest this Court issued on or about December 2, 2004, the United States Marshals Service for the Middle District of Georgia arrested and seized the defendant currency on or about December 2, 2004.

2. The United States perfected service of process of this action on potential claimant Larry Donald Berrien on December 2, 2004, by mailing to him via certified mail, return receipt requested to his counsel of record, to-wit: Drucilla E. Bell, Esq., 830 Fourth Avenue, NW, Largo, Florida 33770-2315, a copy of the Summons and Verified Complaint For Forfeiture, Warrant of Arrest In Rem, Motion for Service By Publication, Proposed Order for Service by Publication and Notice of Forfeiture. The original certified mail envelope bearing Article No. 7099 3400 0005 4921 9840, was delivered by the United States Postal Service and signed for by Drucilla E. Bell on December 7, 2004, as shown on the Domestic Return Receipt ("green card") attached and made a part of the motion of the United States for Issuance of a Final Order of Forfeiture.

3. The United States published notice of this action in The Valdosta Daily Times on December 18, 2004, December 25, 2004 and on January 1, 2005, as shown on the Affidavit of Publication made a part of the file.

4. As of this date, potential claimant Larry Donald Berrien has not filed a claim or answer in this action.

5. No other person or entity filed a claim and answer in this action and the time for filing a timely claim and answer has expired.

6. Plaintiff United States had probable cause to commence this action against the defendant currency, and to seize the defendant currency.

It is therefore HEREBY ORDERED, ADJUDGED, AND DECREED:

All right, title, and interest of potential claimant Larry Donald Berrien in the defendant currency, to-wit: $44,260.00 in United States currency, more or less, is hereby forfeited to the United States.

All other right, title, and interest in the defendant currency, to-wit: $44,260.00 in United

States currency, more or less, is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law, see 21 U.S.C. § 881(e).

  SO ORDERED, this 20th day of June, 2005.


              **s/   Hugh Lawson**
              **HUGH LAWSON**
              **UNITED STATES DISTRICT JUDGE**